**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 17-20374-CIV-KING

YOEL MOLINA, HERRY ANTONIO HONDOY LOPEZ and all others similarly situated under 29 U.S.C. § 216(b),

Plaintiffs,

v.

U.S.A. PLUMBING & SEPTIC, INC., and ANTONIO L. GARCIA,

Defendants.
_______________________________________/

**FINAL ORDER OF DISMISSAL**

THIS MATTER is before the Court on the Plaintiff's Notice of Settlement (D.E. #19) filed May 16, 2017, in the above-styled case indicating that a settlement was reached between the parties. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED. The Court retains jurisdiction to enforce the terms of the settlement.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **July 6, 2018** and the **Trial** previously set for **August 20, 2018** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 17th day of May, 2017.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All Counsel of Record