UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 17-20374-CIV-JLK

YOEL MOLINA, HERRY ANTONIO HONDOY LOPEZ and all others similarly situated under 29 U.S.C. 216(b),

        Plaintiffs,

vs.

U.S.A. PLUMBING & SEPTIC, INC., ANTONIO L GARCIA,

        Defendants.

_____

## ORDER APPROVING JOINT MOTION FOR APPROVAL OF PARTIES' SETTLEMENT AGREEMENT AND STIPULATED DISMISSAL WITH PREJUDICE

Having reviewed the Settlement Agreement between the Parties, Plaintiffs, YOEL MOLINA and HERRY ANTONIO HONDOY LOPEZ ("Plaintiffs"), and Defendant, U.S.A. PLUMBING & SEPTIC, INC., and ANTONIO L GARCIA, (collectively, the "Plaintiffs" and "Defendants" referred to as the "Parties"), it appears to the Court that due cause exists to approve settlement and dismiss the case with prejudice regarding Plaintiff's claims against Defendants with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. And therefore, it is:

**ORDERED,** and **ADJUDGED** that the Settlement Agreement is hereby **APPROVED** in its entirety by the Court under *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), and this case is **DISMISSED WITH PREJUDICE** with the Court to retain jurisdiction to enforce the terms of the Settlement Agreement. All pending motions in this case are DENIED as moot, and this case is CLOSED.

**DONE AND ORDERED** in chambers, at Miami, Florida, this 24th day of May 2017.

*James Lawrence King*
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record